UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

FIONA BOMMERSHEIM,                    CIVIL ACTION NO._____

    Plaintiff,                              JUDGE _____

V.

COMENITY BANK,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, COMENITY BANK ("COMENITY"), removes to this Court the Complaint filed by the Plaintiff, FIONA BOMMERSHEIM ("Plaintiff"), in the matter entitled "FIONA BOMMERSHEIM v. COMENITY BANK", Case No: 15002470CA, In the Circuit Court of the 20th Judicial Circuit, in and for Charlotte County, Florida (the "State Court Action"). In support of this Notice of Removal, COMENITY respectfully represents as follows:

## INTRODUCTION

1. On or about October 20, 2015, the Complaint was filed with the Clerk of Court for the Circuit Court of the 20th Judicial Circuit, In and For Charlotte County, Florida bearing Case No: 15002470CA on the docket of said Court, which is within the United States District Court for the Middle District of Florida, Fort Meyers Division.[1]

2. On January 25, 2016, the undersigned filed a Notice of Appearance in the State Court Action. See Attachment "1", Notice of Appearance.

---

[1] Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon and by COMENITY through this date are attached hereto as Attachment "1," *in globo*.

1115329.1

3. On January 26, 2016, the undersigned filed a Motion for Extension of Time to File a Response to Plaintiff's Complaint. See Attachment "1", Motion for Extension of Time.

4. COMENITY has not taken any other action in the State Court Action.

5. Because the Complaint purports to state a cause of action based upon the Telephone Consumer Practices Act, 47 U.S.C. § 227 ("TCPA"), removal to this Court is proper.

## TIMELINESS OF NOTICE OF REMOVAL

6. Plaintiff served COMENITY with a copy of the Summons Complaint on January 14, 2015. See Attachment "1," Summons. Because this Notice of Removal is being filed with the Court within 30 days of service of the Summons and Complaint on COMENITY, it is timely under 28 U.S.C. § 1446(b)(1).

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."

8. Plaintiff has included a claim in the State Court Action that arises pursuant to federal law, i.e., the TCPA (47 U.S.C. §227 et. seq.). See Complaint. Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227, and therefore this removal is made pursuant to 28 U.S.C. §1441(a).

## SUPPLEMENTAL JURISDICTION

9. To the extent that Plaintiff contends that COMENITY is liable for any state law claims, this Court has supplemental jurisdiction over any such state law claims in accordance with 28 U.S.C. §§ 1367(a) and/or 1441(c).

- 3 -

## CONSENT TO REMOVAL BY OTHER NAMED DEFENDANTS

10. COMENITY is the only defendant in this action, and therefore, no consent to removal by other named defendants is required in this case.

## VENUE

11. Venue for this removal is proper in this Court pursuant to 28 U.S.C. §§1441(a) and 1446(a) because the United States District Court for the Middle District of Florida, Fort Meyers Division, is the federal judicial district and division embracing Charlotte County, Florida, which is the location of the pending State Court Action.

## ADDITIONAL REQUIREMENTS

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon COMENITY through this date are attached hereto as Attachment "1," *in globo*.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal has been sent to Plaintiff and will be filed with the Clerk of Court for the Circuit Court of the 20th Judicial Circuit, In and For Charlotte County, Florida, attached as Attachment "2."

14. COMENITY reserves the right to amend or supplement this Notice of Removal.

15. In sum, pursuant to 28 U.S.C. §1441, this case may be removed to the United States District Court for the Middle District of Florida, Fort Meyers Division.

WHEREFORE, COMENITY BANK prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had

1115329.1

originally been commenced in this Court.

Respectfully Submitted,

_____
Jennifer M. Chapkin, Esq.
Florida Bar # 63855
Lisa M. Schiller, Esq.
Florida Bar # 984426
McGLINCHEY STAFFORD
One East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 356-2501
Fax: (954) 333-3846
Primary email:
jchapkin@mcglinchey.com
lschiller@mcglinchey.com
Secondary Email:
aflores@mcglinchey.com
*Counsel for Defendant, Comenity Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been hand delivered to the Clerk of Court to be filed, filed via the CM/ECF system, and served via the following manner, this 12th day of February, 2016, to the following:

**Via E-Mail**

Christie D. Arkovich, Esq.
Christie D. Arkovich, P.A.
1520 W. Cleveland St.
Tampa, FL 33606
cdalaw@christiearkovich.com
cdalaw7@christiearkovich.com
*Counsel for Plaintiff, Fiona Bommersheim*

_____
Jennifer M. Chapkin, Esq.

1115329.1

- 5 -