**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FIONA BOMMERSHEIM

        Plaintiff                Case No.:2:16-cv-131-FtM-99CM

v.

COMENITY BANK

        Defendant(s)
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Fiona Bommersheim, hereby provides notice of the voluntary dismissal with prejudice of all claims by Plaintiff against Comenity Bank., asserted in the above styled case. Any and all claims Fiona Bommersheim may have against Comenity Bank, are hereby **DISMISSED** with prejudice and each party shall be responsible for its own attorney's fees and costs.

    This the 14th day of March 2016.

                                          Respectfully submitted:

                                          */s/ Christie Arkovich*
                                          CHRISTIE D. ARKOVICH, ESQ.
                                          1520 W. Cleveland Street
                                          Tampa, Florida 33606
                                          (813) 258-2808
                                          (813) 258-5911 (facsimile)
                                          Florida Bar No. 963690
                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice Of Voluntary Dismissal With Prejudice* has been furnished via Email to Jennifer M. Chapkin McGlinchey Stafford, jchapkin@mcglinchey.com, on this 14th day of March 2016.

                                          /s/ Christie Arkovich
                                          Attorney