```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

FIONA BOMMERSHEIM,

    Plaintiff,

v.                            Case No: 2:16-cv-131-FtM-99CM

COMENITY BANK,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #10) filed on March 14, 2016. No answer or motion for summary judgment has been filed by defendant; therefore a voluntary dismissal is appropriate.

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice, with each party to bear their own costs and attorney's fees. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of March, 2016.

                                               /s/ John E. Steele
                                               JOHN E. STEELE
                                               SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record